PROB 12C
(6/16)

Report Date: October 20, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Matthew John Devins | Case Number: 0980 4:14CR06051-001 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Bernard A. Friedman, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 5, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 924(a)(2) | | |
| Original Sentence: | Prison 37 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: August 14, 2015 | Prison- 6 months: TSR- 30 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | January 15, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | July 14, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Matthew Devins is considered to be in violation of his period of supervised release by committing the offense of assault on or prior to August 3, 2016.<br><br>According to reports provided by the Kennewick Police Department, the defendant became involved in a verbal altercation with his minor aged nephew over a broken pipe at the home. The defendant pushed his nephew causing him to fall and cut his arm on a DVD player. The report indicated medical staff was summonsed to check on the nephew's cut and the defendant was taken to the Benton County Jail and booked under case number 6Z0705449.<br><br>The defendant made an appearance in Benton County District Court on August 4, 2016, and was released after a no contact order was put in place. |

Prob12C
**Re: Devins, Matthew John**
**October 20, 2016**
**Page 2**

    2      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

        **Supporting Evidence**: Matthew Devins is considered to be in violation of his period of supervised release by committing the offense of forgery on or prior to September 28, 2016.

        According to reports provided by the Kennewick Police Department, the defendant illegally obtained and cashed seven personal checks from his mother's account. The defendant was contacted by police and he made no statements. The defendant was arrested and booked in to the Benton County Jail under case number 16-1-01022-2.

        The defendant remains in custody and is due to make his next appearance in Benton County Superior Court on October 27, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/20/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_(signature)_
Signature of Judicial Officer

10/20/2016
Date