PROB 12C
(6/16)

Report Date: February 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matthew John Devins                Case Number: 0980 4:14CR06051-SMJ-1

Address of Offender:                                 Washington 99338

Name of Sentencing Judicial Officer: The Honorable Bernard A. Friedman, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 5, 2011

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 924(a)(2) and 922(g)(1)

Original Sentence:       Prison - 37 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 6 months;
August 14, 2015          TSR - 30 months

Revocation Sentence:     Prison - 15 months;
February 9, 2018         TSR - 15 months

Asst. U.S. Attorney:     Ian Garriques                    Date Supervision Commenced: May 21, 2019

Defense Attorney:        Alex B Hernandez, III            Date Supervision Expires: August 20, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: Matthew John Devins is considered to be in violation of his period of supervised release by using controlled substances, heroin and methamphetamine on or prior to January 28, 2020, methamphetamine on or prior to February 6, and 12, 2020.

                        On July 26, 2019, the offender reviewed and signed his Judgment in a Criminal Case stating he understood he was not to use controlled substances and that random drug tests would be utilized.

Prob12C
**Re: Devins, Matthew John**
**February 21, 2020**
**Page 2**

On January 29, 2020, the offender reported to the probation office in Richland, Washington, and he was advised a random drug test would be completed. The offender admitted he had used both heroin and methamphetamine and signed an admission of drug use form stating he used both on or prior to January 28, 2020.

On February 6, 2020, the offender reported to the probation office in Richland, and a random drug test was requested. The sample returned presumptive positive for the presence of methamphetamine. The specimen was forwarded to Alere Toxicology Services (Alere) for confirmation. On February 12, 2020, the sample was confirmed positive by Alere for the presence of methamphetamine.

On February 12, 2020, the offender reported to the probation office in Richland, and a random drug test was requested. The offender was asked if he had continued to use controlled substances, to which he denied any drug use. The sample collected returned presumptive positive for the presence of methamphetamine. The offender continued to deny any drug use. The sample was forwarded to Alere for confirmation. The sample was confirmed positive for the presence of methamphetamine on February 15, 2020.

2   **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Matthew John Devins is considered to be in violation of his period of supervised release by failing to report for a random drug test on February 18, 2020.

On July 26, 2019, the offender reviewed and signed his Judgment in a Criminal Case stating he understood he was not to use controlled substances and he was to report for random drug testing as directed.

On July 26, 2019, the offender signed his treatment services contract plan which directed him to phone Merit Resource Services daily and to report for random drug testing when the color gold was called.

On February 18, 2020, the offender's color, gold, was noted for random drug testing. The offender failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Matthew John Devins to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 21, 2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Devins, Matthew John**
**February 21, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

02/21/2020
Date