PROB 12C
(6/16)

Report Date: April 30, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Matthew John Devins | Case Number: 0980 4:14CR06051-SMJ-1 |
| Address of Offender: | Washington 99337 |

Name of Sentencing Judicial Officer: The Honorable Bernard A. Friedman, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 5, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 924(a)(2) and 922(g)(1) | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: August 14, 2015 | Prison - 6 months; TSR- 30 months | | |
| Revocation Sentence: February 9, 2018 | Prison - 15 months; TSR - 15 months | | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | May 21, 2019 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | August 20, 2020 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/21/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to maintain phone contact every Monday with his supervising probation officer as directed on and prior to April 27, 2020. |
| | On July 26, 2019, the offender reviewed and signed his Judgment in a Criminal Case stating he understood he was to follow the instructions of his probation officer. |

Prob12C
**Re: Devins, Matthew John**
**April 30, 2020**
**Page 2**

On April 17, 2020, the offender was instructed to contact his probation officer every Monday as he had been removed from his housing and was homeless. The offender verbally acknowledged this directive.

On April 20, 2020, the offender failed to make phone contact as directed. This officer attempted to make contact via voice mail and text messages on April 21 and 22, 2020, but each attempted contact went unreturned.

On April 21, 2020, the offender tried to contact his chemical dependancy treatment provider at Merit Resource Services (Merit) in Kennewick, Washington. Due to the COVID-19 restrictions, the offender was not allowed to enter the agency. The offender wanted to let his counselor know he had broken his phone and he was homeless. The offender was directed to report in person to the front door daily to check in and to try to borrow a phone from family or friends so he could attend treatment sessions. The offender agreed to comply with this directive. The offender's treatment counselor advised this officer that the offender would be returning the following day. A request was made to have them direct the offender to call this officer.

On April 22, 2020, the offender once again reported to Merit and was directed to phone this officer. The offender agreed and stated he had my phone number. The offender has failed to contact this officer as directed.

On April 27, 2020, the offender once again failed to make his required Monday phone call with this officer as directed. All messages and texts have gone unreturned by the offender. To date, the offender's whereabouts is unknown.

4    **Special Condition # 7**: You must participate in an inpateint substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program(provider, location, modality, intensity, etc.) You must pay the costs of the program if financially able.

**Supporting Evidence:** The offender is considered to be in violation of his period of supervised release by failing to report for chemical dependancy treatment at Merit on April 22, 24, 27 and 28, 2020.

On July 26, 2019, the offender reviewed and signed his Judgment in a Criminal Case stating he understood he was to enter into and comply with chemical dependancy treatment.

On February 21, 2020, a violation report was submitted to the Court alleging the offender had used methamphetamine and heroin. Due to the alleged drug use, the offender was referred for a chemical dependancy assessment at Merit in Kennewick, Washington. The offender was assessed as needing inpatient drug treatment. He entered treatment with Pioneer Center East on February 24, 2020, in Spokane, Washington. After completing inpatient drug treatment on March 24, 2020, he began intensive outpatient drug treatment back at Merit. The offender is required to attend three treatment sessions per week for 3 hours each session. Due to the COVID-19 pandemic, all treatment sessions were moved to the online application, Zoom. Each participant is required to phone into the treatment session using the Zoom application to participate in treatment sessions.

Prob12C
**Re: Devins, Matthew John**
**April 30, 2020**
Page 3

On April 21, 2020, the offender missed his treatment session as scheduled. As noted within violation number 3, the offender attempted to contact his treatment counselor in person at Merit on April 21, 2020. After advising he had broken his phone, he was directed to locate a phone which he might be able to borrow for treatment sessions. He was also directed to report to the front door of the facility daily as he was homeless. Since April 21, 2020, the offender has missed treatment sessions on April 22, 24, 27 and 28, 2020. The offender has also failed to report in person since April 22, 2020. The offender has not contacted Merit since April 22, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/01/2020
Date